**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:01-CR-00244-RLH-LRL |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | (Request for Service of Federal Supervised |
| WILLIAM SPENCER HART | ) | Release Term Pursuant To 18 U.S.C. |
| | ) | §3583(e)(3)–#63 |
| Defendant. | ) | |
| | ) | |

Before the Court is Defendant's **Request for Service of Federal Supervised Release Term Pursuant to 18 U.S.C. §3583(e)(3)** (#63, filed September 9, 2013) and the Court will exercise its authority and refer this matter to the United States Attorney for a response to the Motion.

IT IS THEREFORE ORDERED that Defendant's **Motion for Early Termination of Supervised Release** (#56) is hereby REFERRED to the UNITED STATES ATTORNEY for a response  within ten (10) days of the entry this Order.  Defendant will then have seven (7) days thereafter to file a reply to the response of the United States Attorney, and the matter will be referred for decision.

DATED:   September 20, 2013.

_____
**Roger L. Hunt**
**United States District Judge**